371 A.2d 859
Commonwealth v. Kelly, Appellant.

Submitted April 13, 1976. Stanton D. Levenson, for appellant; Robert L. Eberhardt, Assistant District Attorney, and Robert E. Colville, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.